464 A.2d 1225

**PENNSYLVANIA MINES CORPORATION, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES and Barry D. Einsig.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 1983.

Decided Sept. 23, 1983.

Richard DiSalle, Henry McC. Ingram, R. Henry Moore, Thomas C. Reed, Rose, Schmidt, Dixon & Hasley, Pittsburgh, for appellant.

Timothy Durant, Clearfield, for Barry Einsig.

Justina M. Wasicek, Pittsburgh, for Dept. of Environmental Resources.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.

LARSEN, J., dissents.